IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Zambezia Film (Pty) Ltd., <br>    A South African Corporation | ) <br> ) <br> ) | |
|    Plaintiff, | ) <br> ) | |
|       v. | ) <br> ) | Case No. 13 cv 1323 |
| DOES 1-33 <br>    Defendants. | ), <br> ) | |

**PROPOSED ORDER GRANTING IN PART MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

  This matter having come before the Court for presentment of Plaintiff's Motion for Leave To Take Discovery Prior to Rule 26(f) Conference on April 23, 2013, the Court having advised the Plaintiff that the Motion would be granted for Defendant, John Doe #31, all other Defendants having been dismissed by minute order on oral motion of the Plaintiff, IT IS HEREBY ORDERED:

1. Plaintiff is given leave to issue subpoenas under Rule 45 to the Internet Service Providers who provided internet services to Defendant John Doe #31, to obtain information sufficient to identify the John Doe #31 by name, current and permanent address, telephone number, email address and Media Access control number.

2. This Order is entered *nunc pro tunc* dated April 23, 2013.

Dated at Chicago, Illinois

_____, 2013

                                                      _____
                                                      MILTON I. SHADUR
                                                      U.S. DISTRICT JUDGE